722 F.2d 738
 Istituto Mobiliare Italiano, Credito Navale, Ciel Y CIA
S.A., Comercia Y. CIA S.A., K/S Ditlev Chartering
A/a & Co., Kawasaki Heavy Industries
Ltd., Grandi Motori Trieste, S.P.A.
v.
Nereide Societa De Navigazione Per Azioni, Egeria Societa Di
Navigazione, Egeria S.P.A. Di Navigazione, S/S
Sorrento, M/V Sorrento
 NO. 83-1605(L)
 United States Court of Appeals,
Fourth circuit.
 SEP 14, 1983
 
 1
 Appeal From: E.D.Va.
 
 
 2
 DISMISSED.